IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                      Civil No. 16-CV-00743-KG-CEG
                                                    Criminal No. 14-CR-2133-KG

JONATHAN GORDON MARSH,

      Defendant.

**STIPULATED ORDER EXTENDING TIME FOR DEFENDANT TO FILE REPLY**

THIS MATTER comes before the Court on the stipulation of the Parties to extend the time for the Defendant to file a reply to the United States' response to Defendant's Motion to Vacate, Set Aside, or Correct Sentence pursuant 28 U.S.C. 2255.

Defendant shall file a reply no later than August 16, 2016.

_____
UNITED STATES DISTRICT JUDGE

PREPARED AND SUBMITTED BY:      APPROVED BY:

/s/ C. J. McElhinney_____      Email Approval 8/4/16_____
C. J. McElhinney                              Brock Taylor
Attorney for Defendant Marsh            Attorney for the United States